```
 1  SEYFARTH SHAW LLP
    Nick C. Geannacopulos (SBN 114822)
 2  ngeannacopulos@seyfarth.com
    Michael J. Burns (SBN 172614)
 3  mburns@seyfarth.com
    560 Mission Street, Suite 3100
 4  San Francisco, California 94105
    Telephone: (415) 397-2823
 5  Facsimile: (415) 397-8549

 6  Attorneys for Defendant
    AMERICAN INSTITUTE FOR FOREIGN STUDY, INC.
 7  dba AU PAIR IN AMERICA

 8  LAW OFFICES OF LAWRENCE A. ORGAN
    Lawrence A. Organ (SBN 175503)
 9  larryaorgan@aol.com
    404 San Anselmo Avenue
10  San Anselmo, California 94960
    Telephone: (415) 407-7930
11  Facsimile:  (415) 453-2829

12  Steven Kesten, Esq. (SBN 152376)
    Kcblawoffice@aol.com
13  400 Red Hill Avenue
    P.O. Box 426
14  San Anselmo, California 94960/94979
    Tel: 415-457-2668
15  Fax: 415-457-2848

16  Attorneys for Plaintiff
    PENNA PIPER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| PENNA PIPER, an individual, | ) Case No. C 10 0107 JSW |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| v. | ) **ORDER TO CONTINUE MEDIATION** |
|   | ) **DEADLINE** |
| AMERICAN INSTITUTE FOR FOREIGN STUDY, INC. dba AU PAIR IN AMERICA, and DOES 1-10, | ) (Marin County Superior Court, Case No. CIV 095805) |
| Defendant. | ) Complaint Filed: November 16, 2009 |

1

STIP. AND [PROPOSED] ORDER TO CONT. MEDIATION DEADLINE - CASE NO. C 10 0107 JCS

Plaintiff Penna Piper ("Plaintiff") and Defendant American Institute for Foreign Study, Inc., dba Au Pair in America ("Defendant") (collectively the "parties") hereby stipulate and seek an order of the Court to continue the mediation deadline in this case, as follows:

1. On March 26, 2010, the parties filed a Stipulation and Proposed Order Selecting ADR Process with the above-captioned court. The parties agreed to participate in private mediation.

2. On April 26, 2010, the Hon. Jeffrey S. White entered a case management Order which included a deadline for completing the mediation of August 23, 2010.

3. The parties subsequently agreed to mediate this matter before mediator David Meadows.

4. Despite diligent efforts, Defendant has been unable to complete Plaintiff's deposition. The parties agreed that Plaintiff's deposition would go forward on July 9, 2010. Plaintiff's counsel subsequently informed Defendant's counsel that Plaintiff was too ill to proceed with her deposition on July 9, 2010 and that the parties would need to reschedule the deposition. Defendant then renoticed Plaintiff's deposition for July 20, 2010. Due to Plaintiff's alleged medical condition, Plaintiff was deposed for just over two hours on July 20, 2010. Defendant's counsel subsequently noticed Plaintiff's continued deposition for August 19, 2010. On August 13, 2010, Plaintiff's counsel notified Defendant's counsel that Plaintiff would be unavailable for deposition on August 19, 2010 due to medical treatments. The parties have agreed to reset Plaintiff's deposition at dates in the future, but are currently uncertain when Plaintiff's deposition will be completed because Plaintiff is unable to appear for her deposition for longer than three hour increments in light of her alleged medical condition and the related medical effects. The parties agree that they require additional time to complete discovery including Plaintiff's deposition before the mediation deadline.

5. In addition, the parties have agreed that Plaintiff will take two depositions which requires out of state travel prior to the mediation. The scheduling of these depositions also has been delayed because of the delays in Plaintiff's deposition.

2

STIP. AND [PROPOSED] ORDER TO CONT. MEDIATION DEADLINE - CASE NO. C 10 0107 JCS

6. Whereas, in light of the fact that the parties will not be able to have a meaningful mediation without completing Plaintiff's deposition, the parties agree that the deadline by which to complete mediation should be extended to November 30, 2010. The parties agree that the rescheduled mediation will go forward with mediator David Meadows on November 19, 2010. The Court's granting of the requested extension will permit both parties to engage in a meaningful mediation and maximize the opportunity to settle the case.

WHEREFORE, it is hereby stipulated by and between the parties that the mediation deadline in this matter be continued from August 23, 2010 to November 30, 2010 or such other later date as the Court should determine.

DATED: August 23, 2010

Respectfully submitted,
SEYFARTH SHAW LLP

By_____
Michael J. Burns
Attorneys for Defendant
AMERICAN INSTITUTE FOR FOREIGN STUDY, INC. dba AU PAIR IN AMERICA

DATED: August __, 2010

LAWRENCE A. ORGAN
LAW OFFICES OF LAWRENCE A. ORGAN

STEVEN KESTEN, ESQ.

By_____
Lawrence A. Organ
Attorneys for Plaintiff
PENNA PIPER

Good cause appearing therefore, as set forth in the above stipulation, the court-ordered deadline for mediation is hereby extended to November 30, 2010.

IT IS SO ORDERED.

DATED: August ___, 2010

_____
Hon. Jeffrey S. White

3

12647780v.1 STIP. AND [PROPOSED] ORDER TO CONT. MEDIATION DEADLINE - CASE NO. C 10 0107 JCS

6. Whereas, in light of the fact that the parties will not be able to have a meaningful mediation without completing Plaintiff's deposition, the parties agree that the deadline by which to complete mediation should be extended to November 30, 2010. The parties agree that the rescheduled mediation will go forward with mediator David Meadows on November 19, 2010. The Court's granting of the requested extension will permit both parties to engage in a meaningful mediation and maximize the opportunity to settle the case.

WHEREFORE, it is hereby stipulated by and between the parties that the mediation deadline in this matter be continued from August 23, 2010 to November 30, 2010 or such other later date as the Court should determine.

DATED: August __, 2010

Respectfully submitted,
SEYFARTH SHAW LLP

By_____
Michael J. Burns
Attorneys for Defendant
AMERICAN INSTITUTE FOR FOREIGN STUDY, INC. dba AU PAIR IN AMERICA

DATED: August 23 2010

LAWRENCE A. ORGAN
LAW OFFICES OF LAWRENCE A. ORGAN

STEVEN KESTEN, ESQ.

By_____
Lawrence A. Organ
Attorneys for Plaintiff
PENNA PIPER

Good cause appearing therefore, as set forth in the above stipulation, the court-ordered deadline for mediation is hereby extended to November 30, 2010.

**IT IS SO ORDERED.**

DATED: August 24, 2010

*/s/ Jeffrey S. White*
Hon. Jeffrey S. White