IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNA PIPER,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN INSTITUTE FOR FOREIGN STUDY, INC. dba AU PAIR IN AMERICA and DOES 1-10,<br><br>    Defendant.<br>_____/ | No. C 10-00107 JSW<br><br>**ORDER REJECTING STIPULATION BY PARTIES** |

    The parties attended a case management conference on December 17, 2010 without submitting a proposed case management schedule. At the conference, the Court ordered the parties to submit a stipulation by separate filing. On December 22, 2010, the Court received the parties' joint stipulation re case management dates and finds it lacking.

    The Court holds its pretrial conference no less than three weeks prior to the commencement of trial. The parties' submission allows for only one week. Requirements and deadlines for pretrial submissions are extensively explicated in the undersigned's standing order for trial and pretrial conferences in civil cases. The parties' submission disregards the Court's standing orders requirements and deadlines. The Court holds its law and motion calendar on Fridays at 9:00 a.m. The parties' submission requests the date of November 21, 2011, which is a Monday.

///

///

Accordingly, the parties are HEREBY ORDERED to submit a proper stipulation by no later than December 29, 2010, setting out dates in conformity with this Court's practices and procedures.

**IT IS SO ORDERED.**

Dated: December 23, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE