1  SEYFARTH SHAW LLP
   Nick C. Geannacopulos (State Bar No. 114822)
2  ngeannacopulos@seyfarth.com
   Michael J. Burns (State Bar No. 172614)
3  mburns@seyfarth.com
   Matthew J. Mason (State Bar No. 271344)
4  mmason@seyfarth.com
   560 Mission Street, Suite 3100
5  San Francisco, California 94105
   Telephone: (415) 397-2823
6  Facsimile: (415) 397-8549

7  Attorneys for Defendant
   AMERICAN INSTITUTE FOR FOREIGN STUDY, INC.
8  dba AU PAIR IN AMERICA

9  LAW OFFICES OF STEVEN KESTEN
   Steven Kesten (SBN 152376)
10 Keblawoffic@aol.com
   400 Red Hill Avenue
11 P.O. Box 426
   San Anselmo, California 94960/94979
12 Telephone:  (415) 457-2668
   Facsimile:   (415) 457-2848
13
   LAW OFFICES OF LAWRENCE A. ORGAN
14 Lawrence A. Organ (SBN 175503)
   larryaorgan@aol.com
15 404 San Anselmo Avenue
   San Anselmo, California 94960
16 Telephone:  (415) 407-7930
   Facsimile:   (415) 453-2829
17
   Attorneys for Plaintiff
18 PENNA PIPER

19              IN THE UNITED STATES DISTRICT COURT

20          FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 21  PENNA PIPER, an individual, | )   Case No. C 10 0107 JSW |
| 22              Plaintiff, | )  **JOINT STIPULATION RE CASE** |
| | )  **MANAGEMENT CONFERENCE** |
| 23              v. | )  **DATES AND ORDER THEREON** |
| 24  AMERICAN INSTITUTE FOR FOREIGN | ) |
|      STUDY, INC. dba AU PAIR IN AMERICA, | ) |
| 25  and DOES 1-10, | )  (Marin County Superior Court, Case No. |
| | )  CIV 095805) |
| 26              Defendant. | ) |
| | )  Complaint Filed: November 16, 2009 |
| 27 | |
| 28 | |

1

1    The Parties to the above entitled action, American Institute for Foreign Study, Inc. dba

2    Au Pair in America ("Defendant") and Penna Piper ("Plaintiff") (collectively referred to as the

3    "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

4        1.    The Parties attended a Case Management Conference in this Court on December

5    17, 2010 wherein this Court required the Parties to submit a stipulation to further case

6    management dates, including a further Case Management Conference, by December 22, 2010.

7        2.    Due to the Plaintiff's ongoing health issues, and through no fault of either party or

8    their counsel, Defendant has been unable to complete the Plaintiff's deposition. The Parties

9    agree that substantial completion of Plaintiff's deposition is essential to their ability to mediate

10   this matter or otherwise work toward settlement of Plaintiff's claims. The Parties plan to

11   continue Plaintiff's deposition in January 2011.

12       3.    Pursuant to the directions of this Court as stated during the December 17, 2010

13   Case Management Conference, the Parties will complete private mediation by February 15,

14   2011. If the Parties require additional time to effectively complete private mediation, they will

15   stipulate to a future date and provide this Court an explanation of good cause as to why the

16   mediation deadline must be continued.

17       4.    The Parties have met and conferred and propose the following case management

18   dates:

               April 2, 2012      8:00 a.m.

19       (a)    The trial date will be set for Monday, ~~January 30, 2012~~ at ~~8:30 a.m.~~

             March 12, 2012

20       (b)    The Pre-Trial Conference will be set for Monday, ~~January 9, 2012~~ at 2:00

21            p.m.

22       (c)    The Joint Proposed Final Pre-Trial Order will be due on Monday,

23            December 26, 2011.

24       (d)    The non-expert discovery cutoff will be September 26, 2011.

25       (e)    The expert discovery cutoff date will be December 30, 2011.

26       (f)    The expert witness disclosure deadline will be October 25, 2011.

27       (g)    The last date on which dispositive motion(s) can be heard will be

28            ~~November 18, 2011.~~   December 9, 2011 at 9:00 a.m.

2

1          (h)     A further Case Management Conference shall be held on Friday, July 29,

2                   2011 at 1:30 p.m.

3          (i)     The Parties will submit a supplemental Joint Case Management

4                   Conference Statement in preparation for the further Case Management

5                   Conference by Friday, July 22, 2011.

6     5.     The Parties believe that setting a trial date and other accompanying dates in this

7 matter is premature given the inability to fully evaluate the claims and defenses.  The Parties

8 submit this Stipulation in accordance with this Court's instructions as stated during the

9 December 17, 2010 Case Management Conference in which this Court required the parties to set

10 a date for a further Case Management Conference.  The Parties reserve the right at the further

11 Case Management Conference set for July 29, 2011 to request additional time to prepare for trial

12 and extend the accompanying case management dates should the Parties believe such time is

13 necessary.

14     **NOW THEREFORE,** all Parties hereto stipulate and agree that the Court may enter an

15 Order setting the trial date and pre-trial deadlines in accordance with the schedule set forth in

16 Section 4(a-i) above.

17          **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

18

19 DATED: December 23, 2010          SEYFARTH SHAW LLP

20                                By____/s/ Michael J. Burn_____

21                                   Michael J. Burns

22                            Attorneys for Defendant
                                     AMERICAN INSTITUTE FOR FOREIGN

23                            STUDY, INC. dba AU PAIR IN AMERICA

24 DATED: December 23, 2010          LAW OFFICES OF STEVEN KESTEN

25                                  BY       ____/s/ Steven Kesten_____

26                                   Steven Kesten

27                          Attorneys for Plaintiff
                                   PENNA PIPER

28

Stipulation Re Case Management Conference Dates - Case No. C 10 0107 JCS

1   DATED:  December 23, 2010          LAW OFFICES OF LAWRENCE A. ORGAN

2
                                       BY        /s/ Lawrence A. Organ
3                                           Lawrence A. Organ

4                                      Attorneys for Plaintiff
                                       PENNA PIPER
5

6
              IT IS SO ORDERED.
7
     Dated:    January 4, 2011
8                                      _____
                                       Honorable Jeffrey S. White
9

10   12997003v.2

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        4
              Stipulation Re Case Management Conference Dates - Case No. C 10 0107 JCS