SEYFARTH SHAW LLP
Nick C. Geannacopulos (State Bar No. 114822)
ngeannacopulos@seyfarth.com
Michael J. Burns (State Bar No. 172614)
mburns@seyfarth.com
Matthew J. Mason (State Bar No. 271344)
mmason@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
AMERICAN INSTITUTE FOR FOREIGN STUDY, INC.
dba AU PAIR IN AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNA PIPER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN INSTITUTE FOR FOREIGN STUDY, INC. dba AU PAIR IN AMERICA, and DOES 1-10,<br><br>Defendant. | Case No. C 10 0107 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL**<br><br>(Marin County Superior Court, Case No. CIV 095805)<br><br>Complaint Filed: November 16, 2009 |

IT IS HEREBY STIPULATED AND AGREED by and between Penna Piper ("Plaintiff") and American Institute for Foreign Study *dba* Au Pair in America ("Defendant") (collectively the "Parties") by and through their respective counsel of record:

WHEREAS, on November 16, 2009, Plaintiff filed a complaint in the Superior Court of California for the County of Orange in the above-captioned matter, alleging causes of action for: (1) wrongful termination based on disability; (2) disability discrimination; (3) failure to accommodate a disability; (4) intentional inflictions of emotional distress; (5) negligent infliction of emotional distress; (6) unfair business practices – violation of Business and Professions Code § 17200 *et seq*; (7) unfair business practices – unlawful compensation below minimum wage requirement; (8) unfair business practice – unlawful compensation – front pay; (9) failure to pay wages when due; (10) failure to pay overtime; and (11) waiting time penalties;

1

WHEREAS, on January 8, 2010, Defendant removed said State court matter to the United States District Court, Northern District of California;

WHEREAS on February 8, 2011, the Parties mediated this case before David Meadows of Mediation and ADR Services and the matter was settled with each party to bear their own attorneys' fees and costs; and

WHEREAS, based on the foregoing, Plaintiff has agreed to dismiss with prejudice the entire matter.

IT IS HEREBY STIPULATED as follows:

1. The entire matter is dismissed with prejudice; and
2. Each party to bear their own attorneys' fees and costs.

DATED: March ___, 2011          SEYFARTH SHAW LLP


                                By____/s/ Michael J. Burns_____
                                      Michael J. Burns

                                Attorneys for Defendant
                                AMERICAN INSTITUTE FOR FOREIGN
                                STUDY, INC. *dba* AU PAIR IN AMERICA

DATED: March ___, 2011          LAW OFFICES OF STEVEN KESTEN


                                BY     ____/s/ Steven Kesten_____
                                           Steven Kesten

                                Attorneys for Plaintiff
                                PENNA PIPER

DATED: March ___, 2011          LAW OFFICES OF LAWRENCE A. ORGAN


                                BY     ____/s/ Lawrence A. Organ____
                                           Lawrence A. Organ

                                Attorneys for Plaintiff
                                PENNA PIPER

1                                          ORDER

2    IT IS SO ORDERED.

3    Dated: March 23, 2011

                                                        Honorable Jeffrey S. White
                                                        Judge of the United States District Court
                                                        Northern District of California

13201653v.1

3

Stipulation and [Proposed] Order Regarding Dismissal – Case No. C 10 0107 JCS